# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For **Revocation** of Probation or Supervised Release) |
| **MICHAEL LEE LOISEL** | Case Number: CR 05-4059-1-MWB |
|  | USM Number: 03080-029 |
|  | Bradley Hansen |
|  | Defendant's Attorney |

**THE DEFENDANT:**

■ admitted guilt to violation(s) __11a-b, 12a-c, 13a-b, 14, 15a-c, and 16__ of the term of supervision.

☐ was found in violation of _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
| --- | --- | --- |
| 11a-b | Failure to Pay for Monitoring Software | October 2, 2015 |
| 12a-c | Failure to Comply with Drug Testing | September 8, 2015 |
| 13a-b | Failure to Complete a Written Monthly Report | October 5, 2015 |
| 14 | Failure to Notify USPO of Law Enforcement Contact | September 30, 2015 |
| 15a-c | Use of Controlled Substance | October 16, 2015 |
| 16 | Failure to Attend Sex Offender Treatment | October 14, 2015 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant was not found in violation of _____ and is discharged as to such violation(s).

■ The Court did not make a finding regarding violation(s) __9a-b and 10a-c__.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

October 21, 2015
Date of Imposition of Judgment

Signature of Judge

Mark W. Bennett, U.S. District Judge
Name and Title of Judge

10.22.15
Date

DEFENDANT: MICHAEL LEE LOISEL
CASE NUMBER: CR 05-4059-1-MWB

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **8 months.**

☐ The court makes the following recommendations to the Bureau of Prisons:

■ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____.

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2:00 p.m. on _____.

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: MICHAEL LEE LOISEL
CASE NUMBER: CR 05-4059-1-MWB

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of: **No Term of Supervised Release shall be reimposed.**